IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

**CIVIL DIVISION**

USDC- BALTIMORE
'25 MAR 20 PM3:56

Case No. _SAG 25-CV-925_

JURY TRIAL DEMANDED

CHUNG KUNG SHIH          703 350 0420

8500 TYSPRING ST APT 039

VIENNA VA, 22182

_PLAINTIFF_


          VS


 PPE CASINO RESORTS MARYLAND, LLC    (MARYLAND LIVE! CASINO)

7002 ARUNDEL MILLS CIRCLE SUITE #7777

HANOVER MD 21076

RESIDENT AGENT :

CSC-LAWYERS

INCORPORATING SERVICE COMPANY

7 ST. PAUL STREET SUITE #820

BALTIMORE MD 21202

_DEFENDANTS_


**HD**                        1

Rcv'd by: _____AK_____

## COMPLAINT

Plaintiff chung kung shih vs PPE Casino Resorts Maryland, LLC ( MARYLAND LIVE! CASINO ),  for violations of Maryland Criminal Law Code Section 3-203 assault and battery , Breach of Duty of Care MD Code, State Government, § 20-606 § 20-606. Unlawful employment practices Negligent Hiring & Negligent retention. § 9-1102. Failure to report an accident. violation of Title II of the Civil Rights Act of 1964 Title II of the Civil Rights Act, codified at 42 U.S.C. § 2000a  Americans with Disabilities Act (ADA) Violations 42:1983 Civil Rights Act - Civil Action for Deprivation of Rights

WHEREFORE, PLAINTIFF CHUNG KUNG SHIH demands judgement against defendant PPE CasinoResorts Maryland in excess of sixty million dollars ($60,000,000.00)

## INTRODUCTION

It is the casino's duty of care to provide a safe and secure environment for its customers. As a property owner and operator of a public business, a casino like Maryland Live! Casino has a legal obligation to ensure the safety and security of all individuals on its premises, which includes both guests and employees. This duty is established under premises liability law.

Over the years, Maryland Live! Casino, operated by PPE Casino Resorts Maryland LLC, has faced various lawsuits and complaints, some of which pertain to staff training, safety, and security. Notable cases include:

Mills v. PPE Casino Resorts Maryland, LLC et al. (2015): In this case, Justin Mills alleged false imprisonment and other claims against the casino and its security personnel. The court found evidence suggesting that Mills was not free to leave during his interaction with casino security, indicating potential issues with staff training and conduct.

Justia Law

Harbourt v. PPE Casino Resorts Maryland, LLC (2016): This lawsuit involved trainees who claimed they were entitled to compensation under the Fair Labor Standards Act (FLSA) for attending a pre-employment training program. The court ultimately ruled in favor of the casino, determining that the training primarily benefited the trainees and did not constitute compensable work.

CoCounsel

Day v. PPE Casino Resorts Maryland, LLC (2020): A class-action lawsuit was filed against the casino for allegedly failing to pay tipped employees properly under federal and Maryland wage laws. The allegations included failure to pay minimum wage and improper deductions for state-issued gaming licenses.

Stueve Siegel

## CAUSES OF ACTION

count one

Code Section 3-203 assault and battery

( against defendants PPE Casino Resorts Maryland, LLC ( MARYLAND LIVE! CASINO )

On or about January 3, 2022, at approximately 2:00 p.m., Chung Kung Shih, a regular Black Card

The holder was checking into the hotel lobby of Maryland Live! Casino. Mr Shih was assisted by front desk clerk Mr. Roscoe Johnson, who, during the check-in process, became agitated with how his name was pronounced on his name tag. He aggressively shouted, "Pronounce my name correctly, or else!" and threatened Mr Shih with anger. To avoid further confrontation, Mr Shih chose to walk away. However, as mr shih walked approximately 150 feet into the casino entrance area, mr johnson ran & pursued assaulting mr shih by shoving his name tag into the eye area. He continued to shout at them , demanding mr shih pronounce his name properly . The assault occurred right in front of a hotel security guard who stood by and did nothing to intervene for approximately 5 minutes, it wasn't until 15 minutes later that more security personnel arrived to inquire about the situation Mr. Johnson's decision to chase Mr. Shih down after he walked away clearly indicates that the situation was not only aggressive but also continued to escalate unnecessarily. This pursuit could be seen as an act of harassment or intimidation, making Mr. Shih feel threatened and unable to safely leave the area.

## COUNT TWO

§ 20-606 § 20-606. Unlawful employment practices

Negligent Hiring & Negligent retention.

( against defendants PPE Casino Resorts Maryland, LLC ( MARYLAND LIVE! CASINO )

Negligence & Premises Liability – Mr. Shih was assaulted on the casino's premises and the management failed to take reasonable steps to ensure his safety, It is concerning that Maryland Live! Casino allowed an employee with known mental disabilities to be placed in a role requiring interaction with the public. Mr. Johnson's actions, clearly influenced by his mental condition, reflect a failure on the part of Maryland! casino in properly screening and placing individuals in positions where they could potentially harm others. Furthermore, the hotel security guard's failure to intervene in a timely manner resulted in a prolonged and potentially dangerous situation. Even after the incident occurred, Maryland lived! hasn't taken action like firing the individual or implementing security measures to prevent it from happening again. This could suggest that the casino either doesn't have sufficient protocols in place or is not taking the matter seriously enough.

### COUNT THREE

§ 9-1102. Failure to report an accident.

( against defendants PPE Casino Resorts Maryland, LLC ( MARYLAND LIVE! CASINO )

On January 4, 2022, Mr Shih received an apology email from Jason M. Schwemer, the hotel's General Manager who promised to investigate the situation. Unfortunately, that was the last and only communication I received from the casino representatives. Mr. Shih, an Asian American of chinese descent individual with a mental disability, was assaulted and the management, including Jason M.Schwemer, the General Manager of the hotel, along with Maryland Live! Casino management, is refusing to acknowledge the incident and denies any wrongdoing, this raises significant issues of both personal safety and potential negligence, as well as possible discrimination. Legal Claims Under Civil Rights Laws & Americans with Disabilities Act (ADA) Violations

### COUNT FOUR

Breach of Duty of Care MD Code, State Government, § 20-606 § 20-606.

( against defendants PPE Casino Resorts Maryland, LLC ( MARYLAND LIVE! CASINO )

Negligence & Premises Liability – Mr. Shih was assaulted on the casino's premises and the management failed to take reasonable steps to ensure his safety

It is concerning that Maryland Live! Casino allowed an employee with known mental disabilities to be placed in a role requiring interaction with the public. Mr. Johnson's actions, clearly influenced by his mental condition, reflect a failure on the part of Maryland! casino in properly screening and placing individuals in positions where they could potentially harm others. Furthermore, the hotel security guard's failure to intervene in a timely manner resulted in a prolonged and potentially dangerous situation. Duty of Care and Security's Role: The security guard's failure to intervene immediately is a significant issue. In a public setting like a hotel lobby or casino, security personnel are generally expected to de-escalate situations quickly and protect guests from harm. Their inaction allowed the situation to continue for several minutes, potentially worsening Mr. Shih's distress and the potential for injury.The delay in security intervention, lasting approximately 15 minutes, created a situation where I feared for my life and could have suffered further harm. local police was called by and requested by mr shih Incident Report #2022-001339.

## COUNT 5

violation of Title II of the Civil Rights Act of 1964 Title II of the Civil Rights Act, codified at 42

### 42:1983 Civil Rights Act - Civil Action for Deprivation of Rights

( against defendants PPE Casino Resorts Maryland, LLC ( MARYLAND LIVE! CASINO )

Discrimination under Title II of the Civil Rights Act:  the casino treated Mr. Shih unfairly based on his race & ethnicity, The staff engaged in discriminatory actions against him because of his Asian American Americans with Disabilities Act (ADA) Violations –  Maryland Live! Casino and its hotel failed to provide reasonable accommodations after being informed of Mr. Shih's disability; they have violated the ADA, which mandates accessibility and accommodations for individuals with disabilities in public accommodations.

Failure to Investigate & Respond – The casino's failure to follow up on the complaint, especially after the General Manager's initial acknowledgment,  indicates negligence or even an attempt to dismiss a legitimate claim.

## COUNT 6

### The Americans with Disabilities Act (ADA)

( against defendants PPE Casino Resorts Maryland, LLC ( MARYLAND LIVE! CASINO )

Mr. Shih experienced discrimination or failure to accommodate his disability, The front hotel lobby clerk was told multiple times mr shih is disabled and needs special accommodations

Discrimination under Title II of the Civil Rights Act:  the casino treated Mr. Shih unfairly based on his race & ethnicity, The staff engaged in discriminatory actions against him because of his Asian American Americans with Disabilities Act (ADA) Violations –  Maryland Live! Casino and its hotel failed to provide reasonable accommodations after being informed of Mr. Shih's disability; they have violated the ADA, which mandates accessibility and accommodations for individuals with disabilities in public accommodations.


Aftermath and Ongoing Suffering

MARYLAND DISCOVERY RULE :

In the months that followed, particularly starting in late June 2022, mr shih start getting mentally ill with PTSD and agoraphobia For example Mr. Shih is unable to leave his home, interact with others, or engage in daily activities because of his psychological trauma, this severely affect his ability to work, socialize, and live a fulfilling life. Both PTSD and agoraphobia are recognized mental health disorders that may require extensive treatment, including therapy, medications, or other interventions to help the individual cope and manage symptoms. which has greatly affected mr shihs ability to function. Mr shih is unable to live a normal social life,experiencing constant anxiety and flashbacks to the assault. My sleep has been severely disrupted, requiring the use of heavy medication. Mr. Shih is now dealing with agoraphobia as a result of the incident. Agoraphobia can be a debilitating condition that severely limits one's ability to engage with the outside world, and it's especially difficult when it's triggered by a traumatic event like the assault he experienced. His fear of leaving home and the resulting psychological impact are both deeply concerning. The pandemic caused many courts and healthcare providers to operate remotely, which further hindered Mr Shih's ability to receive timely support. Mr. Shih,  contracted COVID-19

between 2022 and 2024 and is still dealing with long COVID. Long COVID can be incredibly challenging, with lingering symptoms like fatigue, brain fog, and respiratory issues.

limited access to in-person services delayed Mr Shih's ability to file his civil lawsuit in a timely manner. The majority of courts and healthcare providers were operating remotely, which further exacerbated the situation and delayed the filing process. The combination of mental health struggles and COVID-19-related restrictions significantly impact Mr Shih's ability to seek both medical treatment and legal assistance in a timely manner.

### REQUEST FOR COMPENSATION

In light of the profound and lasting impact that this incident has had on my life, I am seeking compensatory and punitive damages in the amount of $60,000,000 to account for the physical, emotional, and financial toll this assault has taken.

Conclusion

This incident has caused irreparable harm, and I believe it is imperative that PPE Casino Resorts

Maryland, LLC , and the failures of their security protocols.

### JURY DEMAND

Chung kung shih demands a trial by jury on all these issues triable as of right by a jury in this action.

03/20/25